# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TAMELA GATES,<br>    Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.,<br>    Defendant. | CIVIL ACTION 1:20-00245-KD-MU |

## ORDER

This matter came before the Court for a trial by jury from June 8-9, 2021, with Chief United States District Judge Kristi K. DuBose presiding. The jury was selected on June 8, 2021. The jury was sworn in on June 8, 2021, and trial immediately commenced.

Plaintiff presented its case-in-chief and rested on June 8, 2021. Defendant moved for judgment as a matter of law at the close of Plaintiff's case, which was denied as set forth on the record. Trial continued. Defendant also rested on June 8, 2021. Defendant renewed its motion for judgment as a matter of law, which was denied. The jury was dismissed. Thereafter, the Court held a jury charge conference with counsel.

On June 9, 2021, the Court held another jury charge conference with counsel. Thereafter, the jury reconvened, and the parties gave their closing arguments. The Court charged the jury on the applicable law and the jury commenced their deliberations. On June 9, 2021, the jury, having heard the evidence, the arguments of counsel, and having considered the same upon their oaths, returned the verdict, a copy of which is attached hereto, in open court with counsel present.

**DONE** and **ORDERED** this the **11th** day of **June 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**