# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TAMELA GATES,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )   CIVIL ACTION 1:20-00245-KD-MU<br>) |
| DOLLAR TREE STORES, INC.,<br>    Defendant. | )<br>) |

## ORDER

In accordance with the jury verdict issued on June 9, 2021 (Doc. 64), it is **ORDERED, ADJUDGED**, and **DECREED,** that **JUDGMENT** is entered in favor of Defendant Dollar Tree Stores, Inc. and against Plaintiff Tamela Gates.

**DONE** and **ORDERED** this the **15th** day of **June 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**